# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF LOUISIANA

**ANWARLLHAQ WAHIDI**                                         **CIVIL ACTION**

**VERSUS**
                                                              **NO. 26-459-BAJ-SDJ**

**U.S. IMMIGRATION AND CUSTOMS
ENFORCEMENT, ET AL.**

---

## ORDER

Petitioner Anwarllhaq Wahidi, who is in ICE custody at the Winn Correctional Center in Winnfield, Louisiana, and who is representing himself, filed this suit seeking to be released from immigration detention.

A federal district court may, in the interest of justice and for the convenience of the parties, transfer a claim to a court of proper venue under the provisions of 28 U.S.C. §§ 1391(b)(1) and (2), and 28 U.S.C. §§ 1404(a) and 1406(a).  Winn is in Winnfield, Louisiana, within the Western District of Louisiana.  Because Petitioner and his custodian are both located within the Western District of Louisiana, it is proper, for the convenience of the parties and in the interest of justice, to transfer this action to the United States District Court for the Western District of Louisiana.[1]  Accordingly,

**IT IS ORDERED** that the Motion to Dismiss or Transfer (Doc. 7) is **GRANTED**, and this case is hereby **TRANSFERRED** to the United States District Court for the Western District of Louisiana.

---

[1] *See Mustafa v. Gonzales*, No. 07-537, 2007 WL 2746828, at *2 (M.D. La. Sept. 19, 2007) (action revolving around deportation transferred to district where both the petitioner and his custodian were located).

**IT IS FURTHER ORDERED** that ruling on the pending Motion to Proceed *in Forma Pauperis*[2] is **DEFERRED** to the Western District of Louisiana.

Signed in Baton Rouge, Louisiana, on May 12, 2026.

**SCOTT D. JOHNSON**
**UNITED STATES MAGISTRATE JUDGE**

---

[2] R. Doc. 2.